Reid H Weingarten
202 429 6238
rweingart@steptoe com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www steptoe com

# Steptoe
STEPTOE & JOHNSON LLP

February 19, 2013

**FILED**

**FEB 19 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Via Email: Angela_Caesar@dcd uscourts.gov

Angela D. Caesar
U.S. District Court Clerk
333 Constitution Ave, NW
Washington, DC 20001

Re:   *United States v. Jesse L. Jackson, Jr.*,  Case No. 1:13-cr-00058-RLW

Dear Ms. Caesar:

I have consulted with my client, Jesse L. Jackson, Jr., whom I represent in the above-styled and numbered cause, concerning the Clerk's Notice that Judge Wilkins intends to disqualify himself from this case because his impartiality might reasonably be questioned. My client and I hereby waive this disqualification. We are willing to proceed forward with Judge Wilkins presiding.

Pursuant to Canon 3D of the Code of Conduct, I am submitting this letter to the clerk's office, but I am not copying Judge Wilkins, nor am I copying the other counsel of record or the other parties.

Sincerely,

Reid H. Weingarten
Attorney of Record for
Defendant Jesse L. Jackson, Jr.

From: Matt Graves
United States Attorney's Office
District of Columbia
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

To: Angela D. Caesar
U.S. District Court Clerk
333 Constitution Ave, NW
Washington, DC 20001

Date: February 19, 2013

Re: United States v. Jesse L. Jackson, Case No. 13-CR-58

**FILED**

**FEB 1 9 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Clerk:

Counsel for the United States has received and reviewed the Clerk's Notice informing the parties that Judge Wilkins intends to disqualify himself from this case because his impartiality might reasonably be questioned. The United States hereby waives this disqualification. We are willing to proceed forward with Judge Wilkins presiding.

Pursuant to Canon 3D of the Code of Conduct, I am submitting this letter to the clerk's office, but I am not copying Judge Wilkins, nor am I copying the other counsel of record or the other parties.

Yours truly,

Matt Graves
Attorney of Record, on behalf of:
The United States