935 E. Golf Rd. Apt. 3
Arlington Heights
Illinois 60005

April 13, 2013

**FILED**

APR 2 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Honorable Robert L. Wilkins
Judge, United States District Court
Rm. 6305
United States Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001

Leave to file GRANTED

_____
Amy B. Jackson          Date
United States District Judge

13-CR-0058

Dear Judge Wilkins:

Jesse Jackson Junior betrayed the public trust for his personal gain. His sentence should reflect that.

Yours truly,

Neal Underwood

*Bettye O Day Spa*

*1424 E. 53rd Street, Suite 304*

*Chicago, Ill, 60615*

April, 12, 2013

Leave to file GRANTED

_____ 4/25/13
Amy B. Jackson                Date
United States District Judge

**FILED**

APR 25 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The Honorable Robert L. Wilkins

United States District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C., 20001

13-CR-0058

Dear Judge Wilkins,

This letter is a letter of character regarding Jesse Jackson Jr.

My name is Bettye Odom, RN, a Day Spa owner in Chicago, Illinois. I have been a lifelong friend of Jesse Jr. Our family, were friends, before his birth and has remained close friends up to this day. I know Jesse Jr. about as well as any person other than his immediate family could.

I know him to be honest, industrious, hard working, sensitive to the needs of others, a family man who is community- minded and cares for humanity as a whole. He has worked hard in his community all of his life since childhood and in fact, worked very hard in his job as Congressman.

I am aware of the events regarding Jesse's guilty plea. I truly believe that Jesse has already suffered extensively for his actions. He has lost credibility in the public eye, and I believe he is truly despondent regarding what he has put his family through. He comes from a family who has all their lives worked to uplift people and gain opportunities for them that they could not have gained for themselves.

I look at Jesse now and see only remorse and shame. He does not look me straight in the eye as he has done all his life. He realizes the mistakes he has made and I see the shame in his face.

Your Honor in my opinion, society will not be served by incarceration of Jesse.

I would ask for you, the judge, to grant Jesse a sentence of probation or at least the lowest possible sentence for this "once in a lifetime" mistake in judgment. He is not a danger to society.

I believe that the loss of his credentials and the loss of his self respect may have already taken a bigger effect on him than prison ever will. I cannot imagine that he will ever repeat any illegal activity in his lifetime.

2

I am aware of Jesse's health issues and as a former United States Army psychiatric nurse, I believe that sending him to prison could exacerbate his condition.

Thank you for your consideration and taking the time to read this letter.

Sincerely,

*Bettye Odom*
Bettye Odom

c c: Atty Brian M. Heberlig

Leave to file GRANTED

Amy B. Jackson          Date
United States District Judge

Mary DeJohnette
7027 South Constance Ave.
Chicago Il. 60649

April 11, 2013

**FILED**

APR 2 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The Honorable Robert L. Wilkins
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D. C., 20001

Dear Judge Wilkins:   13-CR-0058

I am writing this letter as a character reference for Jesse Jackson Jr, who will be appearing before you on June 28, 2013 for sentencing.

My name is Mary DeJohnette, I live in Chicago, Illinois. I have known Jesse Jr. all of his life and live on the same street he grew up on. Jesse and my children played together after school. He was a mannerable child and grew up to be a kind and respectable adult. I have always been proud of him and remain so.

While in office as Congressman, he did wonderful things for his District and pushed for things that would help his district. He listened to them and responded to their wishes, The community, his District and the City of Chicago will miss Jesse.

I pray that he will not be defined by the deed he is being charged.

Your Honor, I beg of you to show mercy toward this young man who has done it right until this one time and, again I ask you to PLEASE SHOW MERCY.

Sincerely,

Mary DeJohnette.
cc: Attorney Brian Heberlig

**FILED**
APR 2 5 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

April 19, 2013

Leave to file GRANTED  4/25/13
_____
Amy B. Jackson          Date
United States District Judge

Honorable U.S. District Judge Amy Berman Jackson
333 Constitution Avenue N.W.
Washington, D.C. 20001

RE:   Former Congressman Jesse Jackson jr.   13-CR-0058

Hello, my name is Tina Hawkins I'm a constituent of former Congressman Jackson, I just want to say when he is sentence please sentence him as you would any other citizen. As our representative he did absolutely nothing for our district for the time he served, if you were to ask any of his constituents to point to any improvements he brought to the area they would not be able to point to anything significant. My mother who is a senior citizen have ask for help from the Congressman on several occasions, one particular time was when she ask if he would have a meeting with the mayor (David Webb) with whom we were having problems with and he was acquainted with, to help get drugs out of our area, he refused to do so. I also hope you will take into consideration that there are impoverished areas in this district that could have used resources from the government, the congressman did nothing to make those residents lives any better, he looked at being in congress as his meal ticket. The congressman comes from a prominent family and has been afforded the best education that a lot in our society has not. I am asking that you do the right by his constituents and treat him as you would any other person.

Sincerely,

*[signature]*

Tina Hawkins
15265 Calitonia
Markham, IL 60428

Leave to file GRANTED

_____
Amy B. Jackson         Date
United States District Judge

February 25, 2013

Honorable Robert L. Wilkins
United States District Court
For the District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

**FILED**

APR 2 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Re:   *Jesse L. Jackson, Jr.*

Dear Honorable Judge Wilkins:   13-CR-0058

I am writing this letter in support of former Congressman Jackson. I am not excusing his behavior and/or actions or requesting any special treatment.

I am writing as a constituent of the Second Congressional District. Congressman Jackson was my congressman for over 17 years. He worked tirelessly on behalf of his constituents.

I vividly remember going to meeting when he was discussing the third airport. Although he never saw his dream come to fruition, I can remember him saying he always wanted the south side of Chicago and the southern suburbs to look like the area surrounding O'Hare airport. I do believe if he was still in office he would spend every day trying to accomplish that goal. He also accomplished other things as well. The residents of Robbins, Illinois did not have sanitary drinking water, he was able to get money allocated to rectify that problem.

I do not know everything that he successfully accomplished, but his misdeeds certainly do not outweigh his good deeds.

In sentencing him, I hope and pray and that you will do the right thing.

Thank you for your time.

Sincerely,

Linda Diane Morris

**FILED**

APR 2 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

March 5, 2013

Leave to file GRANTED

_____
Amy B. Jackson          Date
United States District Judge

The Honorable Robert Wilkins
United States District Court
333 Constitution Avenue NW
Washington, D. C 20001

RE:   JESSE JACKSON, JR

Dear Sir:  13 - CR - 0058

I was shocked to learn that the above mentioned person who took campaign donation funds and use them for personal items such as home furniture, nightclubs, etc. I was further shocked to learn that the most jail time that he could receive is about four years. He stole $750,000 and use it to enhance his high life style, and I am not impressed by his few tears with the words that he is sorry for his actions.

I believe that little or no sympathy should be given in this case, and the maximum jail time in a regular prison and not in some country club setting. I also feel that all of that stolen money should be given back, and it should be a requirement that those funds should come from earnings and not from donations of his supporters.

The whole country will be looking at your decision, and Jesse Jackson, Jr. should not be given a mere slap on the wrist.

Respectfully yours,

Frank Bailey
Oak Bluffs, Mass.

Gregory A Ritter

P.O. Box 8484

Chicago, IL 60680

March 23, 2013

Leave to file GRANTED

_____
Amy B. Jackson          Date
United States District Judge

Hon. Royce C Lamberth

333 Constitutional Ave, NW

Washington, DC 20001

Hon. Robert L Wilkins

333 Constitutional Ave, NW

Washington, DC 20001

FILED

APR 2 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RE: Jesse Jackson JR   13-CR-0058

Illinois Residents

I read in our local newspapers facts concerning the Jackson debacle and the crimes that the Jackson's are guilty of.

I read that Judge Wilkins, informed the lawyers in this case that he knew the Defendants. The attorneys' refused to recuse Judge Wilkins'

The Jacksons used $750,000 in campaign funds to purchase a lifestyle and have a residual inventory of the items bought worth $63,000. A foolish spending spree of over three quarters of a million dollars, while accepting payment for being public servants.

The Federal prosecutors don't believe it was important to sell the merchandise to recoup the value

People and Business' fund political parties and candidates to further political ambitions and ideals that people in a free democracy cherish.

Jesse Jackson Jr, claims to have various mental incapacitating events, culminating at a time when his case against him was in climax.

Robert Wilkins, a US judge, was appointed by Barack O'bama, He hails from Indiana, and is black. The Jackson Family lives in Illinois, a neighboring state of Indiana.

Jesse Jackson Sr, repeatedly preached about taking responsibility for the illegitimate children, yet has left a California family without support until Jesse Jackson Sr, was found guilty of fathering the children.

Page 1

Page 2:

The family of Jesse Jackson Sr, has made their living off the revolutionary idea; that the black people are vulnerable to the spite of all other peoples. Jesse Jackson Sr, has accepted funds from Yumyum brands. Soft drink corporations and the like. Jesse Jackson Sr has used self promotion and international grandstanding to popularize himself, and cash in, while posing as an innocent protestor.

Jesse Jackson JR will be getting less time than drug dealers for selling a few ounces of marijuana.

Sandy Jackson worked hard to alter tax records and plead guilty to this fraud.

The amounts involved in the spending spree are over $5,000. Actually they are over $750,000.

Robert Wilkins, should have recused himself, as a matter of honesty. A new judge should be appointed for the sentencing phase.

Jesse Jackson Jr and Sandy Jackson, should be made to pay restitution to all contributors, for the total amount of the donation. Even by liquidation. Deception is the appropriate criminal violation.

Jesse Jackson Sr, should be investigated for prior involvement with his son and his daughter in law, and their internal transactions.

These crimes are the worst of all; murder would be a lighter crime, as these defendants have used the political hopes and dreams of the constituents as a blank check for deceit. The crimes of this magnitude are not like a traffic ticket. These crimes are in the scope of knowledgeable premeditated carelessness and breach of trust. While the act of being a hypocrite is not punishable. The violation of this magnitude has made our democracy shiver. The lack of concern for the law, with the attempting covering up, requiring a savvy criminal, disagrees strongly with the convenient mental destabilizing condition of Jesse Jackson Jr.

The appropriate punishment is far greater than what has been cited.

| Chief Justice Hon John Roberts | Federal Bureau of Investigation |
| --- | --- |
| 1 First Street | 935 Pennsylvania Ave, NW |
| Washington, DC  20543 | Washington, DC 20535-0001 |

Submitted:

*[signature]*

Gregory A Ritter, American Citizen



# Martin A. Dettmer, D.D.S., P.C.

general dentistry

**DDS**

Leave to file GRANTED
_____ 4/25/13
Amy B. Jackson    Date
United States District Judge

February 21, 2013

US District Judge Robert L. Wilkins
US District Court for Washington DC
333 Constitution Ave. NW
Washington, DC 20001

13-CR-0058   **FILED**
APR 2 5 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Willkins,

I am writing to voice my outrage and continued disgust with the behavior of many of our elected officials. Behavior such as that exhibited by Rep. Jackson and his wife demonstrates a total disregard for the law and a gross disrespect for his position and his office. Representative Jackson's behavior reminds us once again that elected officials consider themselves above the law and "members" of some elite and privileged "club". Is it any wonder that most elected officials are opposed to term limits? When rank and position offer the opportunity to lie, steal and cheat without fear of discovery or punishment, it must indeed be difficult to resist. However, **resist they must** and those that fall victim to these temptations must be punished and punished severely. Therefore, I am writing to urge that you apply the full force and limits of law allowed in sentencing Representative Jackson and his wife. It has been suggested that you might show leniency in Representative Jackson's case due to his mental "disease". I believe that to do so would be akin to allowing an alcoholic to claim that his vehicular manslaughter charge was a result of his "disease". Citizen's everywhere (and especially in Illinois!) are sick and tired of behavior like Representative Jackson's! A strong message needs to be sent and an example needs to be made! Please do everything in your power to see that Representative Jackson pays, and pays dearly, for his egregious and repulsive behavior.

Sincerely,

Martin A. Dettmer

**MARICA L. FUDGE**
11TH DISTRICT OF OHIO

**COMMITTEE ON AGRICULTURE**
RANKING MEMBER, SUBCOMMITTEE ON
DEPARTMENT OPERATIONS, OVERSIGHT, AND NUTRITION

SUBCOMMITTEE ON HORTICULTURE, RESEARCH,
BIOTECHNOLOGY AND FOREIGN AGRICULTURE

**COMMITTEE ON EDUCATION
AND THE WORKFORCE**
SUBCOMMITTEE ON EARLY CHILDHOOD, ELEMENTARY,
AND SECONDARY EDUCATION

SUBCOMMITTEE ON WORKFORCE PROTECTION



𝕮𝖔𝖓𝖌𝖗𝖊𝖘𝖘 𝖔𝖋 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘
𝕳𝖔𝖚𝖘𝖊 𝖔𝖋 𝕽𝖊𝖕𝖗𝖊𝖘𝖊𝖓𝖙𝖆𝖙𝖎𝖛𝖊𝖘
𝖂𝖆𝖘𝖍𝖎𝖓𝖌𝖙𝖔𝖓, 𝕯𝕮 20515

**WASHINGTON OFFICE**
U.S. HOUSE OF REPRESENTATIVES
2344 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-7032, (202) 225-1339 FAX

**DISTRICT OFFICES**

RICHMOND HIGHLAND CENTER
4834 RICHMOND ROAD, SUITE 150
WARRENSVILLE HEIGHTS, OHIO 44128
(216) 522-4900, (216) 522-4908 FAX

LAWTON COMMUNITY CENTER
1225 LAWTON STREET
AKRON, OHIO 44128
(330) 835-4758, (330) 835-4863 FAX

E-MAIL  http://fudge.house.gov

April 4, 2013

Leave to file GRANTED

_(signature)_ 4/25/13
Amy B. Jackson   Date
United States District Judge

The Honorable Robert L. Wilkins
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**FILED**
APR 2 5 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Judge Wilkins:   13-CR-0058

I write to you as the Chair of the Congressional Black Caucus and a dear friend of Congressman Jesse Jackson, Jr. I understand that Congressman Jackson has entered into a plea agreement and awaits sentencing. As you consider factors that may impact that sentence, I ask that you take into account his many contributions to America through his life of public service.

During the four years we served as colleagues in the United States House of Representatives, I gained a great deal of respect for Congressman Jackson. Although some members of Congress and I saw Jesse exhibit what we now know were various signs of illness during the last 4 to 5 years, we also saw him continue to work as a tireless advocate for the poor and underserved. He used his intellectual and legislative capital to ensure that his constituents, the young and the old, could have a better life and a future full of opportunity. It was Congressman Jackson's work on the Appropriations Committee that helped stimulate economic activity in the 2nd Congressional District of Illinois. From the redevelopment of decaying neighborhoods to ensuring healthcare access, his work improved the lives of many.

Let me tell you about Jesse Jackson the person. Not only is he highly intelligent, he is charming and entertaining. When things got tough or extremely difficult on the House floor, we could count on Jesse to bring levity to an otherwise daunting situation with a bad joke or a one-man skit. Jesse was the highlight of our karaoke nights and always made everyone feel like an integral part of, and not apart from, various activities. He made us realize that we could still have fun, while addressing important national issues.

I love Jesse because he displayed love for all of us. He has much to offer with his keen intellect and undeniable love for family. He is a loyal public servant with so much more to give. As you weigh the fate of Congressman Jackson, please consider the many fine characteristics he

possesses, and his dedicated and passionate service for the people he represented in the United States Congress for nearly 18 years.

Jesse is worth saving and I know he can continue to have a positive impact on the lives of others as he has with my colleagues and me.

Sincerely,

*Marcia L. Fudge*

Marcia L. Fudge
Chair, Congressional Black Caucus

3/28/2013

Leave to file GRANTED

_____
Amy B. Jackson          Date
United States District Judge

FILED

APR 2 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The Honorable Robert L. Wilkins
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

13-CR-0058

To The Most Honorable Robert L. Wilkins:

I have known Jesse Jackson, Jr. for more than two decades. I have had the honor of being welcomed in his home many times. I am saddened and disappointed at my friend's current situation. The Jesse Jackson, Jr I have known all these years has been a great leader for all the people. He has been a strong voice for the people of the 2nd Congressional District and we love him for his hard work.

Jesse Jr. made a mistake, we all realize this. But please, Your Honor, in your infinite wisdom be merciful to my friend and I promise you he'll be a better man for it!

Sincerely Yours,

Eddie Smith, Jr.
Member Teamsters Local 727
Trade Show/Motion Picture Division

**FILED**

APR 2 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

March 28, 2013

The Honorable Robert L. Wilkins
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Leave to file GRANTED

_____
Amy B. Jackson          Date
United States District Judge

Salutations Honorable Robert L. Wilkins,

13-CR-0058

Jesse Jackson, Jr is a man who has shown genuine care and concern in the role of Congressman as well as in the role of just a regular human being. I met Jesse Jackson, Jr while in a shopping mall over 10years ago. He was very polite and gracious when coming upon me and my two small daughters. He came over and spoke with us and listened when I discussed community issues with him. Through the years I've come in contact with him and he has always been the same concerned individual just as he was the first time we met.

I am appealing to the mercy of the court on behalf of Jesse Jackson, Jr. He has shown and proved to be a man of the people and defender of the issues that affect every day people. Please consider his good works to the community in which he has served well. I am aware of his indiscretions yet believe that he is still a man of integrity.

Yours truly,

Trina M. Cox

Leave to file GRANTED

_____  4/25/13
Amy B. Jackson            Date
United States District Judge

[Clerk of the Court] Jesse Jackson Jr.
wrench701     DCD_ClerkofCourt                    04/13/2013 07:13 PM
      dcd_internet@www.dcd.uscourts.gov

**FILED**

wrench701@aol.com
DCD_ClerkofCourt@dcd.uscourts.gov                APR 25 2013
dcd_internet@www.dcd.uscourts.gov
                                                  Clerk, U.S. District & Bankruptcy
                                                  Courts for the District of Columbia

Terrence Toomey sent a message using the contact form at
http://www.dcd.uscourts.gov/dcd/contact.
                                                  13-CR-0058
FOR THE HONORABLE JUDGE ROBERT L. WILKINS

Dear Honorable Judge Wilkins,

With corruption being rampant as it is with Illinois politicians, please do
not give Mr. Jackson Jr. a light sentence. He deserves to be incarcerated for
the maximum time that the law allows. While violating the law, Mr. Jackson
Jr. must have believed that he was too smart to be caught. Now that he is
caught and pleading guilty, he would like to be let off with a light
sentence. A light sentence in this case will only make it more appealing for
other politicians to try their hand at corrupt practices knowing that the
punishment will be light.


Sincerely,

Terrence Toomey
Illinois