April 24, 2013

Leave to file GRANTED
_____ 5/6/13
Amy B. Jackson                Date
United States District Judge

Dwight Ligon Sr.

13-CR-0058

¡73

**FILED**

MAY - 6 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The Honorable Robert L. Wilkins
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.,
Washington D.C 20001

Dear Judge: We are writing this letter on behalf of Mr. Jesse Jackson Jr, to ask you to consider before sentencing him, the work he has done for his congressional district, which is a huge ammount. He has on many occasions proposed bills to assist the less fortunate, and have caused many millions of dollars, for highway, bridges, streets etc; to come to our district. We also would ask you to consider that he faced up to the charges, that he did not obey the law in regards to his campaign money, and he also plead guilty, when other politicians in the past did not, and knew full well they were guilty as sin, but not Mr. Jackson Jr. he chose to take the high road, and admitted his guilt, which we think is commendable.

Judge The bible says a man's ways are before the Lord, it also says that what is done in the dark (secret) shall come to light. Mr. Jackson's wrong doing has been brought to light, and he has admitted to, and repented of his wrong doings. I'm sure he has asked God to forgive him. Therefore we are asking you for leniencey when sentencing him.

Sincerely;

*[signatures]*

Dwight Ligon Sr.
Pamela Ligon

SENIOR DEMOCRATIC WHIP

COMMITTEE ON SCIENCE, SPACE,
AND TECHNOLOGY
RANKING MEMBER

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEE ON WATER
RESOURCES & ENVIRONMENT
SUBCOMMITTEE ON AVIATION
SUBCOMMITTEE ON HIGHWAYS AND TRANSIT

CONGRESSIONAL BLACK CAUCUS
CHAIR, 107TH CONGRESS

*Eddie Bernice Johnson*
Congress of the United States
30th District, Texas

PLEASE RESPOND TO
WASHINGTON OFFICE
2468 RAYBURN BUILDING
WASHINGTON, DC 20515-4330
(202) 225-8885

DALLAS OFFICE
3102 MAPLE AVENUE
SUITE 600
DALLAS, TX 75201
(214) 922-8885

WWW.HOUSE.GOV/EBJOHNSON/
REP.E.B.JOHNSON@MAIL.HOUSE.GOV

**FILED**
MAY - 6 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Leave to file GRANTED
Amy B. Jackson         Date   5/6/13
United States District Judge

13-CR-0058

April 25, 2013

The Honorable Amy Berman Jackson
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Jackson:

I write respectfully to you today concerning my former colleague Congressman Jesse Jackson, Jr. In making your determination on sentencing Congressman Jackson, I wanted to take a moment of your time to reflect on his character.

Like so many, I was appalled and saddened when I learned of the media's accounts of the charges, and his abuse of the public's trust. As Members of Congress, we take an oath to bear true faith and allegiance, an oath which I hold sacred and a duty I take very seriously. Congressman Jackson broke his oath, and will be punished accordingly.

I write to you today, as I have known Mr. Jackson personally for more than 15 years. I myself know how he has worked hard to serve his community throughout his tenure in Congress, and with a commitment to public service. While the charges against him are indeed very serious, it is important that we acknowledge the whole of his life, and how despite all efforts he will never be able to entirely reclaim his former life and reputation. I know firsthand of the countless individuals through his former district, and across the state of Illinois who have learned and gained from his insight, support, and guidance while was in office.

In reviewing all of the evidence, I hope you can take into an account all the anguish he has experienced committing these acts in harsh light of public scrutiny and national notoriety. I encourage you to judge him by the sum of his life, and not only by the mistakes he has made. In addition to the fact that he has admitted his wrongdoing and makes no excuses for them, I know that he personally and profoundly regrets the terrible decisions he made.

I appreciate your time and thank you for your consideration of my request.

Sincerely,

Eddie Bernice Johnson
Member of Congress