JERRY BUTLER
COUNTY COMMISSIONER



Leave to file GRANTED

_____ 5/14/13
Amy B. Jackson          Date
United States District Judge

OFFICE OF THE
BOARD OF COMMISSIONERS OF COOK COUNTY
118 NORTH CLARK STREET-ROOM 567
CHICAGO, ILLINOIS 60602
312 603-6391
312 603-5671 FAX

13-cr-0058

May 2, 2013

**FILED**

MAY 1 4 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The Honorable Robert L. Wilkins
U S District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Honorable Sir:

    This letter I trust will serve as my plea for leniency in the case of Jesse Jackson Jr. The tragedy here is that such a promising talent has been blemished by such an occurrence. I will not bore you with his history as a congressman. You I am sure have received more information about his tenure than I have. Therefore I will reduce my letter to this statement. Please let mercy temper justice.

Sincerely,

Jerry Butler

Printed on Recycled Paper