UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case. No. 1:13-CR-58 (ABJ) |
| | ) | |
| JESSE L. JACKSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL NOTICE

In response to this Court's Minute Order issued on August 5, 2013, Jesse L. Jackson, Jr., through his attorneys, submits this Supplemental Notice.

In the event the Court orders Mr. Jackson to serve a term of incarceration, Mr. Jackson requests that the Court make the following recommendations to the United States Bureau of Prisons.

Mr. Jackson requests to be assigned to a Federal Prison Camp ("FPC"). Mr. Jackson requests that this Court recommend to the Bureau of Prisons that he serve any term of incarceration at Federal Prison Camp, Montgomery in Montgomery, Alabama. FPC, Montgomery is the closest FPC to Washington, DC and would, as such, allow Mr. Jackson to maintain contact with his wife and children during incarceration. While Mr. Jackson requests assignment to an FPC, in the event he is assigned to a Federal Correctional Institution ("FCI"), he requests that this Court recommend to the Bureau of Prisons that he serve his term of incarceration at FCI, Butner-Low in Butner, North Carolina. FCI, Butner-Low is within 500 miles of Washington, DC, and would, as such, allow Mr. Jackson to maintain contact with his

- 2 -

wife and children during incarceration. Mr. Jackson graduated from a college in North Carolina and has significant ties to the area, which he believes will aid his rehabilitation during any term of incarceration.

                                        Respectfully submitted,

                                         /s/ William L. Drake
                                        Reid H. Weingarten (D.C. Bar #365893)
                                        Brian M. Heberlig (D.C. Bar #455381)
                                        William L. Drake (D.C. Bar # 990244)
                                        Steptoe & Johnson LLP
                                        1330 Connecticut Avenue NW
                                        Washington, D.C. 20036-1795
                                        (202) 429-3000

                                        *Counsel for Defendant Jesse L. Jackson, Jr.*

Dated:  August 12, 2013

Case 1:13-cr-00058-ABJ   Document 48   Filed 08/12/13   Page 3 of 3

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on August 12, 2013, a true and correct copy of the foregoing was caused to be served on counsel of record by electronic means.

    /s/ William L. Drake
William L. Drake
*Counsel for Defendant*