UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 13-cr-58 (ABJ) |
| : | |
| JESSE L. JACKSON, JR., : | |
| : | |
| Defendant. : | |
| : | |

## JOINT STATUS REPORT

The parties jointly submit this status report to advise the Court of the status of the forfeiture in this matter. On October 25, 2013, the parties filed a joint status report and second motion to stay the government's motion to amend the order of forfeiture. ECF No. 59. In that filing, the parties advised the Court that the defendant agreed to pay $200,000.00 towards his forfeiture money judgment by November 1, 2013. The Court ordered that the parties file a joint status report by November 4, 2013, advising the Court of the status of this payment.

On October 25, 2013, the defendant provided a check in the amount of $200,000.00 to the United States Marshals Service. The parties will file a further joint status report by May 15, 2014, advising the Court of the status of the defendant's payment of the remainder of his forfeiture money judgment.

Respectfully submitted,

_____/s/_____  
Catherine K. Connelly (Mass. Bar # 649430)  
Anthony Saler (D.C. Bar #448254)  
Assistant United States Attorneys  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202)-252-7732 (Connelly)  
(202) 252-6971 (Saler)  
Catherine.Connelly2@usdoj.gov  

_____/s/_____  
Brian M. Heberlig (D.C. Bar #455381)  
Reid H. Weingarten (D.C. Bar #365893)  
William L. Drake (D.C. Bar #990244)  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, N.W.  
Washington, D.C. 20036-1795  
(202) 429-3000  
bheberlig@steptoe.com

Anthony.Saler@usdoj.gov

rweingarten@steptoe.com
wdrake@steptoe.com
Counsel for Defendant Jesse L. Jackson, Jr.